IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTAL MERRITT, individually and on behalf of ANONYMOUS, a minor; and BENJAMIN ROSS, individually and on behalf of ANONYMOUS, a minor;<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BARBARA PATRAS,<br><br>　　　　　　　Defendant. | 4:13CV3226<br><br>MEMORANDUM AND ORDER |

Upon the suggestion of bankruptcy (filing no. 8) filed by Defendant, Barbara Patras,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska pursuant to NEGenR 1.5(a)(1);

2. The Clerk of the United States District Court for the District of Nebraska shall close this case for statistical purposes; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver, or send electronically, the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

February 28, 2014.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　United States Magistrate Judge