IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTAL MERRITT, individually and on behalf of ANONYMOUS, a minor; and BENJAMIN ROSS, individually and on behalf of ANONYMOUS, a minor;<br><br>     Plaintiffs,<br><br>vs.<br><br>BARBARA PATRAS,<br><br>     Defendant. | 4:13CV3226<br><br>**MEMORANDUM AND ORDER** |

No objection has been filed to Judge Saladino's report and recommendation, and the deadline for objecting has passed.

Accordingly,

IT IS ORDERED:

1) The report and recommendation of the United States Bankruptcy Judge, (filing no. 11), is adopted and the reference of this matter to the United States Bankruptcy Court is withdrawn.

2) The defendant shall file her answer or response to the plaintiff's complaint on or before April 10, 2014.

3) Counsel for the parties shall confer and, on or before **May 2, 2014**, they shall jointly file a Form 35 (Rule 26 (f)) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms in Word and WordPerfect format.

4) If one or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report, or if the parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report, on or before **April 25, 2014**, a party shall contact my chambers at (402) 437-1670, or by email addressed to zwart@ned.uscourts.gov, to arrange a conference call.

March 27, 2014.            BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge