IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRISTAL MERRITT, individually and on behalf of ANONYMOUS, a minor; and BENJAMIN ROSS, individually and on behalf of ANONYMOUS, a minor;<br><br>               Plaintiffs,<br><br>vs.<br><br>BARBARA PATRAS,<br><br>               Defendant. | 4:13CV3226<br><br>**ORDER NUNC PRO TUNC** |

This matter is before the court on its own motion regarding the Report and Recommendation of the United States Bankruptcy Court for the District of Nebraska, (Filing No. 11), and the subsequent Memorandum and Order issued by the undersigned, (Filing No. 12).

IT IS ORDERED:

1) Filing No. 12 is stricken in its entirety.

2) The report and recommendation of the United States Bankruptcy Judge, (filing no. 11), is adopted and the reference of this matter to the United States Bankruptcy Court is withdrawn.

3) Further progression of this case is stayed until such time as Plaintiffs have obtained relief from the automatic stay in bankruptcy court or the bankruptcy case has been dismissed.

4) The parties shall file a joint status report with this court every ninety (90) days to update the court on the status of the bankruptcy proceedings.

Dated this 27th day of March, 2014.

                                                                            BY THE COURT:

                                                                            *s/ Cheryl R. Zwart*
                                                                            United States Magistrate Judge